No. 67582.—Henry M. Young, Inc. v. United States, protest 62/13999 (New York).

Opinion by FORD, J. An examination of the official papers indicated that the protest was not filed within the time prescribed by section 514, Tariff Act of 1930, and it was dismissed as being untimely.